**No. 66543.**—Norman G. Jensen, Inc. *v.* United States, protests 60/28079 and 61/4984 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.